## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UKTAM BAKHRONOV,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **Case No. CIV-26-246-J** |
| ) | |
| ) | |
| **SCARLET GRANT ET AL.,** ) | |
| ) | |
| **Respondents.** ) | |

### ORDER

The Court orders Respondents to update the Court on the status of Petitioner's immigration proceedings. The Court has viewed the automated case information which states a decision was handed down on March 5, 2026, granting "voluntary departure." *See Bakhronov,* A-243-152-818, https://acis.eoir.justice.gov/en/caseInformation.[1] It further states a motion to reopen was submitted March 17, 2026, and "an appeal is due by April 6, 2026." *Id.*

To adequately assess the petition and the response, both of which were filed before the hearing, the Court requires a copy of the hearing transcript and the immigration court's order, along with any filings related to the motion

---

[1]    The Court takes judicial notice of the publicly available automated case information.

to reopen, and any appeal. Respondents shall provide the Court with these documents and information **on or before April 17, 2026**.

The Court further orders Respondents to file an updated response addressing the impact of the voluntary departure order and attendant proceedings on Petitioner's detention. Does this render Petitioner's request for relief moot? Is Petitioner scheduled for departure in the near future? Has the immigration court granted him a voluntary departure bond as allowed by 8 C.F.R. § 1240.26?

Respondents shall file this updated response together with the above-referenced documents and information.

**SO ORDERED** this 3rd day of April, 2026.

_____
SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

2