# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UKTAM BAKHRONOV, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | )     **Case No. CIV-26-246-J** |
| | ) |
| | ) |
| SCARLET GRANT ET AL., | ) |
| | ) |
| Respondents. | ) |

## **ORDER**

An immigration judge (IJ) has granted Petitioner "pre-conclusion voluntary departure," with an extended deadline of May 26, 2026. Doc. 9, at 1. Respondents state they "intend[] to remove Peititoner after at least seventy-two (72) hours" after April 15, 2026. *Id*. at 2.

The IJ stated in the Order that the grant of "pre-conclusion voluntary departure" was "without expense to the Government, on or before 04/06/2026, or any extensions as may be granted by the Department of Homeland Security (DHS), and under any conditions DHS may direct." *Id*. Ex. 2, at 1. Deportation Officer George McGettrick states in his declaration to the Court that the "Removal Coordination Unit is actively facilitating" Petitioner's removal. *Id*. Ex. 1, at 2.

The Court orders Respondents to update the Court on the status of Petitioner's immigration, voluntary departure, and, if applicable, removal

proceedings every fourteen days until Petitioner has either voluntarily departed or his removal has taken place.

**SO ORDERED** this 20th day of April, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE

2