## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

UKTAM BAKHRONOV,                          )
                                          )
                  Petitioner,             )
                                          )
v.                                        )      Case No. CIV-26-246-J
                                          )
MARKWAYNE MULLIN, et al.,                 )
                                          )
                  Respondents.            )

## <u>ORDER</u>

Petitioner Uktam Bakhronov, a citizen of Uzbekistan, filed this case seeking release from custody or, in the alternative, a bond hearing under 28 U.S.C. § 2241.  The matter was referred to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B),(C). Judge Mitchell issued a Report and Recommendation [Doc. No. 13] recommending the Court dismiss the habeas corpus petition as moot because Petitioner has been released from custody and removed to Uzbekistan.  In light of Petitioner's removal, the Court ADOPTS the Report and Recommendation [Doc. No. 13] and DISMISSES Petitioner's habeas corpus petition [Doc. No. 1] as MOOT.

IT IS SO ORDERED this 19th day of May, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE